IN THE SUPREME COURT OF THE STATE OF NEVADA

SVETLANA HENDERSON,
                          Appellant,
            vs.
PATRICIA ISABEL AVILA
MONTALVAN,
                          Respondent.

No. 83002

**FILED**

JUL 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to appellant's notice of withdrawal of appeal which is construed as a motion for voluntary dismissal, the motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. David M. Jones, District Judge
      Kristine M. Kuzemka, Settlement Judge
      Deaver & Crafton
      Browne Green Trial Lawyers
      Eighth District Court Clerk

21-19577